IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USCOC OF GREATER IOWA, ) | |
| ) | 4:06CV3104 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| CITY OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, and pursuant to Filing No. 13, this case is reassigned to Magistrate Judge F.A. Gossett for all dispositive matters.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge