IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USCOC OF GREATER IOWA, | ) | |
| | ) | 4:06CV3104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that, due to a clerical error, this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for pretrial supervision.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge