IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
USCOC OF GREATER IOWA, INC.,   )
                               )
            Plaintiff,         )      4:06CV3104
                               )
      v.                       )
                               )
CITY OF OMAHA, NEBRASKA,       )      ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint scheduling proposal (Filing No. 17). The Court will adopt said schedule. Accordingly,

IT IS ORDERED:

1) Plaintiff's trial brief is due June 28, 2006;

2) Defendant's trial brief is due August 1, 2006, with the transmittal of the record including the transcript of the Omaha City Council and Omaha Planning Board meetings.

3) Plaintiff's reply brief is due August 14, 2006. Each party may submit any objection to the record.

4) Trial is scheduled for **August 31, 2006, at 9 a.m.**

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court